DANIELLE MCDEVITT

VERSUS

MICHAEL SALISBURY

NO. 22-C-534

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

*Linda Wiseman*
First Deputy Clerk

February 28, 2023

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Jude G. Gravois,
Stephen J. Windhorst, and Hans J. Liljeberg

### REHEARING GRANTED; RELIEF DENIED WITH REASONS

**SJW**
**JGG**
**HJL**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*
Linda Wiseman
First Deputy, Clerk of Court

**WINDHORST, J.**

Relator, Danielle McDevitt, seeks a partial/limited reconsideration relative to this Court's granting of her writ application number 22-C-534.

Relator challenges the trial court's ruling on a motion for contempt and a motion for new trial during the pendency of her writ application number 22-C-442 regarding the trial court's denial of her motion to recuse Judge Nancy Miller because this court ultimately granted her writ application. Specifically, on September 20, 2022, this court granted relator's application for a supervisory writ in number 22-C-442, and instructed the judge to "either consider the merits of the relator's motion to recuse and render a judgment in compliance with La. C.C.P. art. 154 or to make a written request to the supreme court for the appointment of an ad hoc judge as provided in La. C.C.P. arts. 154 and 155." Relator questions the trial court's authority to rule on the motion for contempt and the motion for new trial while the motion to recuse is pending.[1]

> La. C.C.P. art. 155 provides:
>
> > Once a motion that sets forth a ground for recusal under Article 151 is referred for hearing, the supreme court shall appoint an ad hoc judge to hear the motion to recuse, and only the ad hoc judge to whom the motion is assigned shall have the power and authority to act in the cause pending disposition of the motion.

The language of this article indicates that, once a motion to recuse has been filed, the trial judge, who is the subject of the motion to recuse, maintains the authority to act in the case until the supreme court has appointed a judge *ad hoc* to hear the motion to recuse.

This matter was "referred for hearing" on January 10, 2023, and on January 19, 2023, the Supreme Court appointed a judge *ad hoc* for the purpose of hearing

---

[1] Although relator refers to other actions of the trial judge since the motion to recuse was filed, the notice of intent to file supervisory writs in this writ application only references the trial court's September 21, 2022 ruling on the motion to recuse and September 23, 2022 rulings on the motion for contempt and motion for new trial.

22-C-534                                              1

and disposing of the motion to recuse Judge Nancy Miller.[2] Thus, on September 23, 2022, when the trial judge ruled on the motion for contempt and the motion for new trial, the trial judge whose recusal is sought had the authority to act in this matter.

We therefore deny relator the relief requested in this application for rehearing.

---

[2] A hearing on the motion to recuse was held before the judge *ad hoc* on February 16, 2023. The matter was taken under advisement, and no ruling has been rendered.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **02/28/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-534**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Shaye R. Lirette (Relator)

### MAILED
Michael Salisbury  (Respondent)
In Proper Person
39 Emma Street
Binghamton, NY 13905